**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| |
|---|
| **CHRISTOPHER DEMITRY**, |
| Plaintiff, |
| v. |
| **UNITED STATES AIR FORCE**, |
| Defendant. |

Case No. 23-CV-3285 (CRC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [13] Defendant's Motion to Dismiss is GRANTED and this case is DISMISSED.  It is further

**ORDERED** that [15] Plaintiff's Motion for a Hearing is DENIED AS MOOT.  It is further

**ORDERED** that [20] Plaintiff's Motion for Review is DENIED AS MOOT.  It is further

**ORDERED** that [21] Plaintiff's Motion for a CM/ECF Password is DENIED AS MOOT.  It is further

**ORDERED** that the Clerk of the Court is DIRECTED to close this case.

This is a final appealable Order.

**SO ORDERED**.

_____
CHRISTOPHER R. COOPER
United States District Judge

Date:  February 26, 2025